473 A.2d 1017

**Jaime CAMACHO, Appellant,**

**v.**

**NATIONWIDE INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Argued April 10, 1984.

Decided April 16, 1984.

Harold I. Einhorn, Edgar R. Einhorn, Philadelphia, for appellant.

Gerard Bruderle, James M. Marsh, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA, and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.